# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EILEEN GARAVENTE and LOUIS GARAVENTE,** | : | |
| | : | |
| Plaintiffs, | | CIVIL ACTION NO. 3:21-1722 |
| | : | |
| v. | | |
| | : | (JUDGE MANNION) |
| **SAM'S CLUB #6581; SAM'S EAST INC., d/b/a SAM'S CLUB; and WALMART, INC.** | : | |
| | : | |
| Defendants. | | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** plaintiffs Eileen and Louis Garavente's motion to remand, (Doc. 4), will be **DENIED**;

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 29, 2022**
21-1722-01-ORDER